CAUSE NO. 6286

| | | |
|---|---|---|
| Pamela Joy Dubier, Trustee | § | |
| Pamela Joy Dubier 2011 Revocable Trust | § | |
| | § | IN THE JUSTICE COURT |
| PLAINTIFF | § | |
| v. | § | PRECINCT 8 |
| Triangle Capital Properties, LLC | § | |
| BAH Texas, LLC | | |
| and all other occupants | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| DEFENDANTS | § | |

**PETITION: EVICTION CASE**

**COMPLAINT:** Plaintiff hereby sues the following Defendant(s)
Triangle Capital Properties, LLC, and
BAH Texas, LLC, and all other occupants
for eviction from Plaintiff's premises (including storerooms and parking areas) located in the above precinct.

The address of the property is:    2200 Gulfway Dr., Port Arthur, TX 77640

**GROUNDS FOR EVICTION:** Plaintiff alleges the following grounds for eviction:

    **X Unpaid rent.** Defendant(s) failed to pay rent for the following time period(s): **April 2020- March 2023.**
The amount of rent, late fees, and default interest claimed as of the date of filing is: **$115,083**
Plaintiff reserves the right to orally amend the amount at trial to include rent due from the date of filing through the date of trial.

    **X Other lease violations.** Defendant(s) breached the terms of the lease (other than by failing to pay rent) as follows:
        - Failed to provide financial information (Lease Agreement IX 9.03)
        -Failed to repair or maintain the property (*ibid* VII 7.01)
        -Is not in compliance with its Franchise Agreement (*ibid* VIII 8.04)
        -Did not issue a notice to cease operations ("go dark"; *ibid* VIII 8.01B)

1



☐ **Holdover.** Defendant(s) are unlawfully holding over by failing to vacate at the end of the rental term, which was on _____, 20___.

**NOTICE TO VACATE:** Plaintiff has given Defendant(s) a written notice to vacate (*according to Property Code § 24.005*) and demand for possession. Such notice was sent on the **18th day of January, 2023** by this method: **Certified mail**

**SUIT FOR RENT:** Plaintiff ☐ does or **X** does not include a suit for unpaid rent.

**ATTORNEY'S FEES:** Plaintiff ☐ will be or **X** will not be seeking applicable attorney's fees. The attorney's name, address, phone and fax numbers are:

**IMMEDIATE POSSESSION BOND:** If Plaintiff has filed a bond for immediate possession, Plaintiff requests that: (1) the court set the amount of the bond; (2) the court approve the bond; and (3) proper notices, as required by the Texas Rules of Civil Procedure, are given to Defendant(s).

**SERVICE OF CITATION:** Service is requested on Defendant(s) by: personal service at home or work, or by delivery to a person over the age of 16 years at Defendant's usual place of residence. If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other home or work addresses where Defendant(s) may be served are:

Plaintiff knows of no other home or work addresses of Defendant(s) in this county.

**RELIEF:** Plaintiff requests that Defendant(s) is served with the citation and that Plaintiff is awarded a judgment against Defendant(s) for: possession of the premises, including removal of Defendant(s) and Defendant's possessions from the premises, unpaid rent, if set forth above, attorney's fees, court costs, and interest on the above sums at the rate stated in the lease, or if not so stated, at the statutory rate for judgments.

☐ I hereby request a jury trial. The fee is $22 and must be paid at least 3 days before trial.

**X** I hereby consent for the answer and any other motions or pleadings to be sent to my email address as follows: **pamdubier@gmail.com**

<u>Pamela Joy Dubier, Trustee</u>                    _____
Plaintiff's Printed Name                                   Signature of Plaintiff or Agent or Attorney

2

# EXHIBIT 1

Defendant's Information *(if known)*: Name:   Steve Neuroth, Chief Financial Officer

BAH Texas, LLC

*and*

William G. Bertram

Chief Legal Officer

Triangle Capital Properties, LLC,

Date of birth: _ Last three digits of Driver License:____ Last three digits of Soc. Sec. No.:__

**SERVICE BY EMAIL:** *(Normally, documents in this case are sent by mail. If it is easier for you, you can choose to get some of the documents sent by email. If you choose to get documents by email, you must have an email account where you can receive, open, and view large attachments, and it is important that you check this email account every day.* **Even if you receive some documents by email, you will still receive some documents about the case by mail or personal service, so you must not ignore any documents from the court or other parties received by mail or personal service.**)

　　X Yes, I would like to receive documents related to this case by email at this email address: _
　　pamdubier@gmail.com

　　☐ No, I do not want to receive any documents by email.

**REMOTE PARTICIPATION:**

**Hearing by Phone Call:** *(When a hearing happens by phone call, you will be able to talk to and hear the judge, Plaintiff, or any witnesses, but you will not be able to see them. Copies of any evidence to be used must be exchanged by the parties and sent to the judge before the hearing.)*

　　X Yes, I am able to have any hearings in this case, except a jury trial, by phone call with the judge and Plaintiff and understand that I must have a phone to use on the date and time of the hearing.

　　☐ No, I am not able to have hearings by phone call.

**Hearing by Video Conference:** *(When a hearing happens by video conference, you can hear, see, and talk to the judge, Plaintiff, and any witnesses. You will be able to see any evidence presented during*

3



EXHIBIT 1

the hearing. *You will need to have a computer, a smartphone, or tablet that has a camera feature. You will also need access to the internet to be able to have a video conference.)*

X Yes, I am able to have any hearings in this case, except a jury trial, by video conference. I understand that I am responsible for having the equipment and internet access needed to participate in a video conference on the date and time of the hearing.

☐ No, I am not able to have hearings by video conference.

*NOTE: Your responses in this section do not guarantee that hearings will be held remotely, but rather they help the court know how you are able to participate.*

Respectfully submitted,

*Pamela Joy Dubier* X _____
Signature of Plaintiff                Signature of Attorney, if any

| | | | |
|---|---|---|---|
| Printed Name: | **Pamela Joy Dubier**, Trustee | Printed Name: | **Self-Represented (Pro Se)** |
| Address: | 2443 Fillmore St. #3808880 | Address: | |
| | San Francisco, CA 94115 | | |
| Email: | pamdubier@gmail.com | Email: | |
| Telephone: | 415-992-5343 | Telephone: | |
| Fax: | | Fax: | |
| | | State Bar No.: | |

SWORN TO AND SUBSCRIBED before me on ___January 26Th, 2023___

_____
CLERK OF THE JUSTICE COURT OR NOTARY

LARKISHA ELAINE CLAYTON
Notary Public, State of Texas
Comm. Expires 06-03-2024
Notary ID# 13043478-8

# EXHIBIT 1

4

**Evidence of Service for Notice to Vacate**

**NOTICE TO VACATE**

Date: January 18, 2023

| | |
|---|---|
| **BAH Texas, LLC**<br>Steve Neuroth<br>Chief Financial Officer<br>255 East Paces Ferry Rd, Suite 300<br>Atlanta, GA 30305<br>Email: steve.neuroth@shoneys.com<br>(404) 601-2719 | **Tenant (s)**<br>Triangle Capital Properties, LLC<br>William G. Bertram<br>Chief Legal Officer<br>255 E Paces Ferry Road, Suite 300<br>Atlanta, GA 30305 |

and all other occupants

Address of rented premises: 2200 Gulfway Dr., Port Arthur, TX 77640

This is an unconditional demand for possession. Under Texas Property Code Section 24.005 you are hereby given notice to vacate the premises within 3 days after delivery of this notice.

Signed: _Pamela Joy Dubier, Trustee_

Printed Name: Pamela Joy Dubier, Trustee        Pamela Joy Dubier 2011 Revocable Trust

Address: 1909 Colony Rd. Metairie, LA 70003        Telephone No.: 415-992-5343

Email: pamdubier@gmail.com

Pursuant to Texas Property Code § 24.005(f) this notice was: (check all that apply):
- Given in person to any one of the above named tenant(s) at the rented premises,
- Personally delivered to any person residing at the premises 16 years of age or older,
- Affixed to the inside of the main entry door,
- **X** Sent by MAIL to the premises in question:   regular   registered   **Certified X**

OR

Texas Property Code §24.005(f-1): As an alternative to the procedures of Subsection (f), a landlord may deliver the notice to vacate by securely affixing to the outside of the main entry door a sealed envelope that contains the notice and on which is written the tenant's name, address, and in all capital letters, the words "IMPORTANT DOCUMENT" or substantially similar language and, not later than 5 p.m. of the same day, depositing in the mail in the same county in which the premises in question is located a copy of the notice to the tenant if:
(1) the premises has no mailbox and has a keyless bolting device, alarm system, or dangerous animal that prevents the landlord from entering the premises to affix the notice to vacate to the inside of the main entry door; or
(2) the landlord reasonably believes that harm to any person would result from personal delivery to the tenant or a person residing at the premises or from personal delivery to the premises by affixing the notice to the inside of the main entry door.

Texas Property Code §24.005(f-2): Notice to vacate under Subsection (f-1) is considered delivered on the date the envelope is affixed to the outside of the door and is deposited in the mail, regardless of the date the notice is received.

(g) The notice period is calculated from the day on which the notice is delivered.

Notice was given/sent on: 18th day of January, 2023

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Atlanta, GA 30305

Certified Fee  $4.00                        0003
                                             03
Total Postage and Fees  $6.60

01/13/2023

BAH TEXAS LLC (STEVE NEUROTH CFO)
255 EAST PACES PERRY RD #300
ATLANTA GA 30305

7018 0040 0000 5072 8356

---

Pamela Joy Dubier, Trustee
Pamela Joy Dubier 2011 Revocable Trust
1909 Colony Rd.
Metairie, LA 70003

    BAH Texas, LLC
    Steve Neuroth
    Chief Financial Officer
    255 East Paces Ferry Rd, Suite 300
    Atlanta, GA 30305

# EXHIBIT 1



**NOTICE TO VACATE**

Date: January 18, 2023

Tenant (s)

SAN Texas, LLC
Steve Neuroth
Chief Financial Officer
255 East Paces Ferry Rd, Suite 300
Atlanta, GA 30305
Email: steve.neuroth@shoneys.com
(404) 601-2719

Triangle Capital Properties, LLC
William G. Bertram
Chief Legal Officer
255 E Paces Ferry Road, Suite 300
Atlanta, GA 30305

and all other occupants

Address of rented premises: 2200 Gulfway Dr., Port Arthur, TX 77640

This is an unconditional demand for possession. Under Texas Property Code Section 24.005 you are hereby given notice to vacate the premises within 3 days after delivery of this notice.

Signed: *Pamela Joy Dubier, Trustee*

Printed Name: Pamela Joy Dubier, Trustee   Pamela Joy Dubier 2011 Revocable Trust
Address: 1909 Colony Rd. Metairie, LA 70003   Telephone No.: 415-992-5343
Email: pamdubier@gmail.com

Pursuant to Texas Property Code § 24.005(f) this notice was: (check all that apply):
- Given in person to any one of the above named tenant(s) at the rented premises,
- Personally delivered to any person residing at the premises 16 years of age or older,
- Affixed to the inside of the main entry door,
- **X** Sent by MAIL to the premises in question:   regular   registered   **Certified X**

OR

Texas Property Code §24.005(f-1): As an alternative to the procedures of Subsection (f), a landlord may deliver the notice to vacate by securely affixing to the outside of the main entry door a sealed envelope that contains the notice and on which is written the tenant's name, address, and in all capital letters, the words "IMPORTANT DOCUMENT" or substantially similar language and, not later than 5 p.m. of the same day, depositing in the mail in the same county in which the premises in question is located a copy of the notice to the tenant if:
(1) the premises has no mailbox and has a keyless bolting device, alarm system, or dangerous animal that prevents the landlord from entering the premises to affix the notice to vacate to the inside of the main entry door; or
(2) the landlord reasonably believes that harm to any person would result from personal delivery to the tenant or a person residing at the premises or from personal delivery to the premises by affixing the notice to the inside of the main entry door.

Texas Property Code §24.005(f-2): Notice to vacate under Subsection (f-1) is considered delivered on the date the envelope is affixed to the outside of the door and is deposited in the mail, regardless of the date the notice is received.

(g) The notice period is calculated from the day on which the notice is delivered.

Notice was given/sent on: 18th day of January, 2023

Pamela Joy Dubier, Trustee
Pamela Joy Dubier 2011 Revocable Trust
1909 Colony Rd.
Metairie, LA 70003

Triangle Capital Properties, LLC
William G. Bertram
Chief Legal Officer
255 E Paces Ferry Road, Suite 300
Atlanta, GA 30305

EXHIBIT 1

**Text of Notice to Vacate sent**

## NOTICE TO VACATE

Date: January 18, 2023

**Tenant(s)**

| | |
|---|---|
| **BAH Texas, LLC** | **Triangle Capital Properties, LLC** |
| Steve Neuroth | William G. Bertram |
| Chief Financial Officer | Chief Legal Officer |
| 255 East Paces Ferry Rd, Suite 300 | 255 E Paces Ferry Road, Suite 300 |
| Atlanta, GA 30305 | Atlanta, GA 30305 |
| Email: steve.neuroth@shoneys.com | |
| (404) 601-2719 | |

and all other occupants

**Address of rented premises:** 2200 Gulfway Dr., Port Arthur, TX 77640

---

**This is an unconditional demand for possession.** Under Texas Property Code Section 24.005 you are hereby given notice to vacate the premises within __3__ days after delivery of this notice.

Signed _____

**Printed Name:** Pamela Joy Dubier, Trustee      Pamela Joy Dubier 2011 Revocable Trust

**Address:** 1909 Colony Rd. Metairie, LA 70003    **Telephone** No.: 415-992-5343

**Email:** pamdubier@gmail.com

---

**Pursuant to Texas Property Code § 24.005(f) this notice was: (check all that apply):**

    Given in person to any one of the above named tenant(s) at the rented premises,
    Personally delivered to any person residing at the premises 16 years of age or older,
    Affixed to the inside of the main entry door,

__X__    Sent by MAIL to the premises in question:    regular    registered    **Certified  X**

OR

Texas Property Code §24.005(f-1): As an alternative to the procedures of Subsection (f), a landlord may deliver the notice to vacate by securely affixing to the outside of the main entry door a sealed envelope that contains the notice and on which is written the tenant's name, address, and in all capital letters, the words "IMPORTANT DOCUMENT" or substantially similar language and, not later than 5 p.m. of the same day, depositing in the mail in the same county in which the premises in question is located a copy of the notice to the tenant IF:

(1) the premises has no mailbox and has a keyless bolting device, alarm system, or dangerous animal that prevents the landlord from entering the premises to affix the notice to vacate to the inside of the main entry door; or
(2) the landlord reasonably believes that harm to any person would result from personal delivery to the tenant or a person residing at the premises or from personal delivery to the premises by affixing the notice to the inside of the main entry door.

Texas Property Code §24.005(f-2): Notice to vacate under Subsection (f-1) is considered delivered on the date the envelope is affixed to the outside of the door and is deposited in the mail, regardless of the date the notice is received.

(g) The notice period is calculated from the day on which the notice is delivered.

Notice was given/sent on: __18 th day of January, 2023__ .

5



# EXHIBIT 1

CAUSE NO. 8/0 C0006286

| | |
|---|---|
| PAMELA JOY DUBIER, TRUSTEE PAMELA JOY DUBIER 2011 REVOCABLE TRUST<br>PLAINTIFF<br><br>VS<br>TRIANGLE CAPITAL PROPERTIES, LLC AND ALL OCCUPANTS by Serving: WILLIAM G. BERTRAM/ CHIEF LEGAL OFFICER<br>BAH TEXAS, LLC AND ALL OCCUPANTS by Serving: STEVE NEUROTH/ CHIEF FINANCIAL OFFICER<br>DEFENDANT | § § § § § § § § § § § § | IN THE JUSTICE COURT<br><br><br><br>PRECINCT NO. 8<br><br>JEFFERSON COUNTY, TEXAS |

## CITATION EVICTION CASE

THE STATE OF TEXAS
TO: BAH TEXAS, LLC AND ALL OCCUPANTS STEVE NEUROTH/ CHIEF FINANCIAL OFFICER,
2200 GULFWAY DR.
PORT ARTHUR, TX 77640-0000
SERVICE OF THE CITATION WILL BE AT: 255 E PACES FERRY ROAD, SUITE 300, ATLANTA , GA 30305

DEFENDANT in the above-styled and numbered case:
This citation is issued pursuant to a petition filed by the above-named Plaintiff on 26th day of JANUARY, 2023. In addition to possession of the property the Plaintiff is seeking the following relief in this case:

☐ back rent; ☐ attorney's fees; ☒ court costs; ☐ other (specify: _____ ). The Plaintiff's attorney's name and address, or the Plaintiff's address, if they have no attorney, are:

*PAMELA JOY DUBIER, TRUSTEE PAMELA JOY DUBIER 2011 REVOCABLE TRUST*
2443 FILLMORE ST. #3808880
SAN FRANCISCO, CA 94115-0000

You must appear in this court, located at **525 Lakeshore Drive, Port Arthur, TX 77640 phone 409-983-8330** on the date and time stated below.

YOU HAVE BEEN SUED FOR EVICTION FROM YOUR RESIDENCE. THE ABOVE-NAMED PLAINTIFF SEEKS POSSESSION OF THE PREMISES AND THE OTHER RELIEF STATED ABOVE. YOU MUST APPEAR IN PERSON FOR TRIAL IN COURT AT THE LOCATION STATED ABOVE AT 02:00 P.M. ON FEBRUARY 7th, 2023 A.D. YOU MAY, BUT ARE NOT REQUIRED TO, FILE A WRITTEN ANSWER WITH THE COURT ON OR BEFORE THE DAY SET FOR TRIAL. UPON TIMELY REQUEST AND PAYMENT OF A JURY FEE NO LATER THAN THREE (3) DAYS BEFORE THE DAY SET FOR TRIAL, THE CASE WILL BE HEARD BY A JURY. DO NOT IGNORE THESE PAPERS. FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V. OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ) OR STATE LAW, INCLUDING SECTION 92.017, TEXAS PROPERTY CODE. CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY. IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.

## DEMANDA PARA DESALOJAR

ESTA DEMANDA PARA DESALOJAR INVOLUCRA PLAZOS INMEDIATOS. UN INQUILINO QUE ESTA EN SERVICIO MILITAR ACTIVO PUEDE TENER DERECHOS ESPECIALES O SOCORRO EN RELACION CON ESTE TRAJE POR LA LEY FEDERAL, INCLUIDOS LOS MIEMBROS DEL SERVICIO CIVIL RELIEF ACTUAR (50 U.S.C. APP. SECCION 501 Y SS.) O LA LEY DEL ESTADO, INCLUIDA LA SECCION 92.017, TEXAS CODIGO DE LA PROPIEDAD. LLAME AL COLEGIO DE ABOGADOS DE TEXAS (STATE BAR OF TEXAS), LLAMADA GRATUITA AL 1-877-9TEXBAR SI USTED NECESITA AYUDA PARA LOCALIZAR A UN ABOGADO. SI NO ESTÁ A SU ALCANCE CONTRATAR A UN ABOGADO, USTED PUDIERA SER ELEGIBLE PARA ASESORIA LEGAL GRATUITA O DE BAJO COSTO.

Issued and signed, this the 26th day of JANUARY, 2023.



JUSTICE OF THE PEACE, PRECINCT 8
JEFFERSON COUNTY, TEXAS

# EXHIBIT 1

CAUSE NO. 8/0 C0006286

| PAMELA JOY DUBIER, TRUSTEE PAMELA JOY DUBIER 2011 REVOCABLE TRUST PLAINTIFF | § | IN THE JUSTICE COURT |
|---|---|---|
| VS | § | PRECINCT NO.8 |
| TRIANGLE CAPITAL PROPERTIES, LLC AND ALL OCCUPANTS Service Agent: WILLIAM G. BERTRAM/ CHIEF LEGAL OFFICER BAH TEXAS, LLC AND ALL OCCUPANTS Service Agent: STEVE NEUROTH/ CHIEF FINANCIAL OFFICER DEFENDANT | § § § | JEFFERSON COUNTY, TEXAS |

### RETURN SERVICE

Having received the Citation in the above-styled and numbered cause with the Petition attached on the _____ day of _____, at _____ _____.M., I attempted service in the following manner:

**DATES and MANNER OF ATTEMPTED SERVICE:**

| DATE | ADDRESS | MANNER OF SERVICE | DILIGENCE AND CAUSE OF FAILURE TO SERVE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

The Citation was EXECUTED on _____ day of _____, 20_____, at _____ ____.M.,
☐ By delivering a copy of the Citation together with a copy of the Petition to: _____,
the defendant, or by mailing a copy of the Citation together with a copy of the Petition by ☐ certified mail or ☐ registered mail, return receipt requested (copy of receipt attached).
**For Alternative Service authorized by Court order:**
☐ By mailing a copy of the Citation with a copy of the Petition attached by first class mail to the defendant at
_____
and also by leaving a copy of the Citation with the Petition attached at
_____
with_____, a person who is 16 years of age or older.
☐ By mailing a copy of the Citation with a copy of the Petition attached by first class mail to the defendant at
_____
and also by serving a copy of the Citation with the Petition attached by the following method:_____

RETURNED on the ____ day of _____, 20____.

_____
Signature

Printed Name:_____
Title:_____

**DECLARATION (of Certified Process Server or Other Person Authorized by the Court)**

Name: _____
Adress: _____
City: _____ State: _____ Zip Code: _____ Date of Birth: _____
Certified Process Identification Number: _____
Date of Certification: _____

I declare under penalty of perjury that the information provided in the foregoing Return is true and correct
Executed on the _____ day of _____ in _____ County, Texas

_____
Declarant



EXHIBIT 1