## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **PAMELA DUBIER, AS TRUSTEE OF THE PAMELA JOY DUBIER 2011 REVOCABLE TRUST,** | § § § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 1:23-CV-59** |
| *versus* | § § | |
| **TRIANGLE CAPITAL PROPERTIES, LLC, and BAH TEXAS, LLC** | § § § § | |
| Defendants | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Pamela Dubier, as Trustee of the Pamela Joy Dubier 2011 Revocable Trust, herein referred to as the "Plaintiff" and announced to the Court that the above-styled and numbered cause should be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that this Honorable Court dismiss the claims of Plaintiff with prejudice, with all costs of court to be assessed against the Parties incurring same.

Respectfully submitted,

**SNIDER LAW FIRM, PLLC**

/s/ Wyatt D. Snider
Wyatt D. Snider
State Bar No.24039185
3535 Calder, Suite 300
Beaumont, Texas 77706
(409) 924-9595/(409) 924-0808 FAX
wyatt@sniderlawfirm.com

ATTORNEY FOR PLAINTIFF

**AGREED:**

/s/ Gary D. Sarles_____
Gary D. Sarles, Esq.
Sarles & Ouimet, PLLC
370 Founders Square
900 Jackson Street
Dallas, Texas 75202
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all parties of records via electronic filing on this 26th day of April, 2023.

                                                   */s/ Wyatt D. Snider*_____
                                                   Wyatt D. Snider