| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PAMELA JOY DUBIER, *as Trustee for* § 
*Pamela Joy Dubier 2011 Revocable Trust*, §
 §
    Plaintiff, §
 §
*versus* §   CIVIL ACTION NO. 1:23-CV-59
 §
TRIANGLE CAPITAL PROPERTIES, LLC, §
and BAH TEXAS, LLC, §
 §
    Defendants. §

## ORDER OF DISMISSAL

In accordance with the parties' Agreed Motion to Dismiss with Prejudice (#14), filed April 26, 2023, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 26th day of April, 2023.

                                           MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE